BENJAMIN RIBAK, Respondent, v. MARTHA RIBAK, Appellant.

Submitted April 3, 1944; decided April 13, 1944.

*Joseph Kleiner* for motion.

*Clifford I. Odwak* and *Nathaniel M. Sokolski* opposed.

Motion dismissed, with ten dollars costs and necessary printing disbursements on the ground that the order does not finally determine the action within the meaning of the Constitution.